NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

| | |
|---|---|
| MARK MARZUCCO, | ) |
| | ) |
| Appellant/Cross-Appellee, | ) |
| | ) |
| v. | ) Case No. 2D17-3845 |
| | ) |
| CAROL MACONI, | ) |
| | ) |
| Appellee/Cross-Appellant, | ) |
| _____ | ) |

Opinion filed June 29, 2018.

Appeal from the Circuit Court for Collier
County; Joseph G. Foster, Judge.

Robson Powers of Law Office of Conrad
Willkomm, P.A., Naples, for
Appellant/Cross-Appellee.

E.F. Murphy and Michael M. Shemkus of
Long, Murphy & Zung, P.A., Naples, for
Appellee/Cross-Appellant.


PER CURIAM.


Affirmed.


VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.